UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CARLOS EFRAIN AGUSTIN MENDOZA,

        Petitioner,

v.                                    Case No. 2:26-cv-527-JES-NPM

MARCOS CHARLES (ACTING DIRECTOR
IMMIGRATION AND CUSTOMS
ENFORCEMENT), et al.,

        Respondents.

_____

## ORDER

This matter came before the Court on petitioner's Motion to Enforce Court Order (Doc. 10). The Court issued an Opinion and Order (Doc. 5) granting the Petition for Writ of Habeas Corpus (Doc. 1) and directing respondents to either provide Agustin Mendoza with statutory process, which includes a merit-based bond hearing, or to release him under reasonable conditions of supervision. Respondents complied with the order, conducting a bond hearing before the Immigration Court on March 27, 2026, with counsel present. (Doc. 10, p. 2). Petitioner was denied bond, "[a]fter full consideration of the evidence presented" "because [Carlos Mendoza] has not met his burden to establish that he does not pose a risk of flight." (Doc. 10-1). Agustin Mendoza argues

that the Immigration Judge did not apply the correct legal standard, did not place the burden on the government, and failed to conduct a "meaningful individualized analysis" of the evidence.

The district court lacks subject matter jurisdiction to review the correctness of the immigration judge's decision to deny bond. "The Attorney General's discretionary judgment regarding the application of this section shall not be subject to review. No court may set aside any action or decision by the Attorney General under this section regarding the detention of any alien or the revocation or denial of bond or parole."  8 U.S.C. § 1226(e). Petitioner's remedy for any alleged error by the immigration judge in the bond denial is to appeal that decision pursuant to the normal appellate procedures, for which there is a government form (Form EOIR-26) available to Petitioner.

Accordingly, it is now

**ORDERED:**

Petitioner's Motion to Enforce Court Order (Doc. 10) is **DENIED.**

**DONE AND ORDERED** in Fort Myers, Florida on April 21, 2026.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

2